UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASNEEM L. MOHAMED, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br>  vs.<br><br>KELLOGG COMPANY and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 14-cv-02449-L-MDD<br><br>**EXPERT REPORT OF DR. ELIZABETH HOWLETT** |

I, Elizabeth Howlett, declare as follows:

## I. EXPERT BACKGROUND AND QUALIFICATIONS

1. I am a Professor in the Department of Marketing and International Business at the Carson College of Business, Washington State University, Pullman WA.

2. I completed my Ph.D. degree from Duke University in Marketing (primary field) with an emphasis in Behavioral Decision Research and Theory. I have a Master of Science degree in Psychology from Lehigh University. My dissertation examined the impact of attribute information on consumer decision making.

3. I was confirmed to an appointment as a Special Government Employee in September of 2013. I serve as a Food and Drug Administration ("FDA") Consultant for the Risk Communication Advisory Committee for a term ending September 30, 2017. I have provided expert testimony to the United States Congress regarding nutrition labeling on restaurant menus.

4. During 2010-2012, I served as a member of the Institute of Medicine Committee on the Examination of Front-of-Package Nutrition Rating Systems and Symbols. I am one of only a handful of marketing experts who have been asked to serve the National Academies.

5. I have been invited to speak at a variety of universities (e.g., Tufts University, Lehigh University, University of California, Berkeley, Ohio State University, University of North Carolina, Chapel Hill, University of Oklahoma) to discuss how my research has impacted public policy. Further, I have won numerous awards for best papers submitted to the premier marketing conferences. For example, my paper was selected as "best paper" during a two-year period at the Journal of Consumer Affairs.

6. From 2009 until 2011, I served as President of the Marketing and Society Special Interest group of the American Marketing Association, an

organization that represents over 30,000 marketing professionals. I have held positions at the Stern School of Business, New York University, The Tippie College of Business, University of Iowa, and the Sam M. Walton College of Business, University of Arkansas, Fayetteville. I have also served as a visiting professor at the University of Queensland in Brisbane, Queensland Australia and at École Supérieure de Commerce de Toulouse in Toulouse France. My qualifications and educational background are more fully described in my curriculum vitae ("CV"), which is attached to this report as **Exhibit A.**

7. I have published over 60 scholarly articles. A list of my recent publications from the past ten years is attached to my CV in **Exhibit A**. Note my previous surname was Creyer.

8. I am an expert in the use of conjoint analysis. In fact, one of my first published articles was entitled "Effects of Range-Frequency Manipulations on Conjoint Importance Weight Stability." This paper was published in 1988. In addition, I teach Marketing Research at the undergraduate and graduate levels. Conjoint analysis is discussed in depth in these courses. In addition, I teach a Consumer Behavior seminar to PhD students that involves the development and analyses of conjoint asks. Over the years, I have conducted a number of studies that involve some use of conjoint analysis.

9. I am being compensated at my usual rate of $400 per hour. My compensation is not contingent on the outcome of this case. Moreover, I have testified as an expert at trial or deposition in other cases in the past four years. A list of those cases is available upon request.

## II. ASSIGNMENT AND INFORMATION PROVIDED

10. I have been retained by Plaintiff's counsel to provide an expert report and testimony in the matter of *Tasneem L. Mohamed, on behalf of herself*

*and all others similarly situated, vs. Kellogg Company,* Case No. 14-cv-02449-L-MDD.

11.     I have been informed by Plaintiff's counsel that this action is taken on behalf of a California class of consumers from July 29, 2010 to approximately January, 2016, who purchased Gardenburger food products (the Product); this product is packaged and marketed by the Kellogg Company ("Kellogg" or "Defendant"). Gardenburger food products allegedly contain synthetic and/or artificial ingredients, including but not limited to Hexane Processed Soy Ingredients (i.e. soy protein and soy lecithin).

12.     I am told that the Defendant has packaged, marketed, distributed and sold Gardenburger food products as being "Made With Natural Ingredients," despite the fact the Gardenburger food products contain an ingredient (or ingredients) that contain hexane, including soy protein and soy lecithin. Hexane is a federally recognized synthetic and toxic chemical.

13.     Furthermore, the Defendant has consistently claimed that Gardenburgers are "Made With Natural Ingredients" on product labels throughout the relevant time period (i.e. from July 29, 2010 to approximately January, 2016, when Kellogg removed the "Made With Natural Ingredients" representation from the packaging).

14.     In sum, the Gardenburger has been widely promoted as being "Made With Natural Ingredients," and thus was marketed as being more wholesome than conventional foods. However, the product is comprised of ingredients that contain hexane therefore the Defendant has engaged in false and misleading labeling. Consumers purchased the Product at a price premium because a key product attribute (natural ingredients) was paid for but not received.

15.     In this declaration I carefully and thoroughly explain why the term "natural" is material to consumers' purchase decisions and describe a

EXPERT REPORT OF DR. HOWLETT

methodology that can be used to determine the price premium associated with the false and misleading claim.

## III.    <u>SUMMARY OF CONCLUSIONS</u>

16.    Based on a thorough review of the literature published in the fields of economics, marketing, consumer behavior, nutrition, and food science, I conclude that a "natural" claim on food products in general and, in particular, the **"Made With Natural Ingredients,"** claim on the label of Gardenburger food products, is sufficiently important to affect a reasonable consumer's purchase decisions. Many of these studies also show that a substantial percentage of consumers believe that a "natural" representation on food products indicates a more wholesome product.

17.    Furthermore, the packaging of Gardenburger clearly highlights the allegedly false claim - **"Made With Natural Ingredients."**   Typically marketers, such as Kellogg, only use claims that are known to be material to reasonable consumers in the specific market segment.  Secondary data and Kellogg's own promotional materials (i.e., packaging) suggest that "natural ingredients" are key motivators of consumer choice.

18.    Based on my knowledge and experience in the use of conjoint analysis in the marketing field and my understanding of the issues in this case, I conclude that it is possible, if the Court so requires, to use conjoint analysis to quantify the percentage of the price premium for the **"Made With Natural Ingredients"** label on Gardenburgers on a classwide basis.  Below I describe a methodology by which to accomplish this task.

## IV.    **LABELS MATTER**

19.    California's Supreme Court has recognized what decades of extensive research within the field of marketing has shown: "Simply stated: labels

EXPERT REPORT OF DR. HOWLETT

matter. The marketing industry is based on the premise that labels matter—that consumers will choose one product over another similar product based on its label and various tangible and intangible qualities they may come to associate with a particular source." [1]

20.     Labels on food products are especially important because they assist consumers in dietary management and contribute to nutrition education. Labels also serve as useful information tools for consumers in evaluating product attributes. For example, a number of studies conducted over the past twenty years clearly demonstrate that health and nutrient content claims presented on product labels impact a variety of consumer product attitudes, beliefs, and purchase intentions. [2]

21.     Prior research on product labeling has shown that it can positively impact product perceptions including the perceived healthfulness of a product. [3] Researchers have also demonstrated that health-related claims on a product have significant effects on product-related beliefs.[4]

22.     Recent research conducted by the International Food Information Council (IFIC) Foundation and reported in an article published in *The American Journal of Clinical Nutrition* shows that consumers refer to food labels when

---

[1] *Kwikset Corp. v. Superior Court*, 246 P.3d 877, 889 (Cal. 2011).

[2] Andrews, Burton and Kees, 2011.

[3] Ford et al., 1996; Mazis and Raymond, *supra* n.**Error! Bookmark not defined.**.

[4] *See, e.g.*, *id.*; Mazis and Raymond, 1997; Urala, Arvola, and Lahteenmaki, 2003.

deciding which foods to purchase or eat.[5] In fact, more than 8 of 10 consumers (83%) looked at ingredients or nutrition information at least some of the time. [6]

## IV.    Consumers Value "NATURAL" When Presented on Package Labels

23.    A trip to any supermarket provides evidence that consumer packaged goods manufacturers recognize the power of "natural" claims.  Sales of food products with "natural" claims exceed $20 billion dollars annually.  Since 2010, "natural" has been the most popular claim on new foods and beverages launched in the United States.[7]  Consumers who seek out natural products have significant purchasing power and represent a steadily increasing share of the overall market for consumer goods.  Indeed, U.S. retail sales of natural and organic foods and beverages doubled from $39 billion in 2010 to $78 billion in 2015.  Almost half, 49%, of natural food sales are derived from mass market retailers including conventional supermarkets, drugstores, and mass merchandisers such as Walmart.[8]

24.    Consumer demand for natural products is very strong.  Studies show that consumers exhibit a preference for natural products, purchase those products, and willingly pay a premium for those products. [9] Among the primary reasons consumers cite for their willingness to pay a premium is that natural products are perceived to be higher quality, safer, healthier and better for the environment.[10]

---

[5] *See* Bora, 2006.

[6] *See id.*

[7] Packaged Facts, 2011

[8] See *Id*

[9] *See, e.g.*, *infra* n.**Error! Bookmark not defined.** & **Error! Bookmark not defined.** and accompanying text.

[10] Packaged Facts, 2008.

25.     A study released in June 2014 by the Consumer Reports National Research Center reported that 59% of consumers look for "natural" claims when shopping for food.[11]  This study clearly confirms the importance of "natural" claims to the majority of consumers.  Based on my review of the published methodological data, the Consumer Reports National Research Center Survey appears to be a valid and reliable study.

26.     A 2010 survey conducted by Mintel Group, Ltd., a well-respected global market research firm, reported that 65% of respondents stated that they are "somewhat interested" or "very interested" in natural products, and that 62% of respondents who use natural and organic products agreed that "It's worth paying more for natural products for some types of items, but not for others."  These findings indicate that many consumers accept the price premiums common to these products because they justify the expense with other factors in mind (*e.g.*, overall health, the environment, and lifestyle).  Based on my review of the published methodological data, this appears to be a valid and reliable study.[12] [13]

27.     Based on all of my knowledge and experience in the fields of marketing research, marketing communications, and consumer behavior, including my review of the sources discussed above, it is my opinion that "natural" labels on packaged food products matter to consumers and motivate

---

[11] Consumer Reports National Research Center, Food Labels Survey (2014), at 17.

[12] Mintel, Consumer Attitudes Toward Natural And Organic Food And Beverages (2010)

[13] Mintel conducted its study using two samples.  First, a 2,000 member online panel that represented the U.S. population in terms of gender, age, household income, and region.  Mintel then analyzed and cross-checked its results against data from two Simmons National Consumer Surveys drawn from a sample of 25,318 adults representing the U.S. population.  Based on the available information, this appears to be reliable study.

consumer purchasing decisions; and that consumers are willing to pay, and often do in fact pay, a premium price for food products labeled "Made With Natural Ingredients."

## V.   Determining the Price Premium

28.    The rising sales of natural food products is one of the most significant trends in the U.S. food system (Onken, Bernard, and Pesek, 2011). Consumers' considerable desire for "natural" products has garnered the attention of both marketing practitioners and researchers.  Marketing academics, in particular, have sought to better understand the factors that influence consumers' evaluations and purchase of natural products.  Professional research firms have also worked to identify and target consumers who desire "natural" products. This plethora of research has revealed *that there a number of different characteristics that consumers associate with a natural label*.  For example, as described above, Consumer Reports recently found that a majority of consumers believe that a "natural" claim means:  (1) no artificial materials; (2) no pesticides; (3) no artificial ingredients; and (4) no GMOs.  *Thus, if a product contains hexane, an artificial (synthetic) ingredient, then clearly consumers would NOT agree with the claim, Made With Natural Ingredients.*  In other words, because hexane is a synthetic chemical, consumers have paid a premium for a product attribute (i.e., natural ingredients) that they expected but did not receive.

29.    One methodology that can be used to determine the absolute or relative values that consumers assign to "natural" is conjoint analysis.  Conjoint analysis is a widely used and accepted form of quantitative consumer preference measurement, often used in marketing research to determine how much each feature of a product contributes to overall preferences.

30.    Since the early 1970's, marketers and marketing researchers have used conjoint analysis to determine the values that consumers ascribe to specific

attributes of multi-attribute products in order to better understand the features driving product preferences. The contribution of an attribute to overall preference is called the attribute's "partworth."

31. In addition to being used to measure the importance of attributes of commercial products, conjoint analysis has been used to decompose perceptions of perceptual variables such as "ease of use" (Selove and Hauser 2010), degree of masculinity or femininity (Green and DeSarbo 1978), and customer satisfaction (Schaupp and Bélanger 2005). In other words, conjoint analysis can be used to break down consumers' overall impression of a conceptual feature into its component parts.

32. Here, "Made with Natural Ingredients" is a feature Gardenburger food products claim to have. Just as conjoint analysis can be used to determine the importance of "calories" in consumers' overall preference for a food product, conjoint analysis can be used to determine the importance of the claim "Made With Natural Ingredients" in consumers' overall preference for Gardenburgers.

33. The most commonly used form of conjoint analysis for marketing research is Choice-Based Conjoint ("CBC"), in which consumers are shown sets of products ("choice sets") and are asked to select one in response to a question posed by the survey.[14] Each product presented is described by whether it includes

---

[14] In other types of conjoint analysis, respondents may be asked to give numerical ratings to the profiles presented, or to rank profiles in order of preference. Choice-Based Conjoint has gained in popularity among marketers because it is viewed as most closely replicating the types of choices that consumers make when they are making purchase decisions. *See* JOHN R. HAUSER, MIT SLOAN, NOTE ON CONJOINT ANALYSIS 8 (2007), *available at*: http://www.mit.edu/~hauser/Papers/NoteonConjointAnalysis.pdf.

EXPERT REPORT OF DR. HOWLETT

the specific attributes being tested in the CBC. This description is called the product "profile."

34.     For example, a participant may be shown on their computer screen three choices for a flat screen television: one has HD, built in speakers, and a high speed video card for gaming; a second one not have HD, but has premium speakers, and slow video card; and a third television has HD, no speakers, and an average speed video card. That single screen, showing the three product profiles, is one choice set. The participant is asked a question (typically, "Which one would you purchase?") and is told to assume that the options presented are the only televisions available. Participants are thus forced to choose one profile from each choice set. After making a selection, the participant is presented with a new screen, again showing three different product profiles—three televisions with different groupings of attributes. The participant again chooses one of the profiles. By repeating this process, over all survey participants, the mathematical algorithms underlying the conjoint analysis provide data about the relative importance weights of the tested attributes (which, when expressed as percentages, total to 100%).

Participants are initially given general information about the survey and information pertaining to all products in the survey. For example, participants in a CBC about televisions might be told that they will be choosing among flat-screen televisions with different features, and to assume that all of the sets are internet-ready.

35.     Each attribute used in a CBC has at least two "levels," which indicate either the presence or absence of the attribute in that particular product profile. For example, the attributes and levels in the television CBC described above are: HD (with levels being "yes" or "no"; speakers (with levels of "yes," "no" or "premium"; and video card speed (with levels of "high," "average," or "low"). The

choice sets in the CBC would include profiles with various combinations of the attributes and levels.

36.    The choice sets and profiles presented should reflect realistic (as opposed to absurd) choices.  It is also important that the choices presented do not "tip off" participants to the actual purpose of the study.  To the extent possible, included attributes should be independent of each other, as overlapping attributes can skew results.

37.    Participants in a CBC are told to assume that the products in each choice set are identical in every way except for the differences in attributes as specified in their profiles.  Participants are also to assume that the attribute combinations presented in each choice set constitute all of the combinations available. Profiles may be of real products or hypothetical products. Price may or may not be included as an attribute.

38.    The profiles and choice sets used in a CBC are created by computer programs created specifically for this purpose.  Sawtooth Software is a highly respected survey software company used by researchers around the world.  I would plan to use Sawtooth Software to implement the Gardenburgers CBC and generate the results for my analysis.

39.    As a rule of thumb, product profiles in a CBC should include six or fewer attributes.  When the number of attributes exceeds six, the product profiles become too complex for respondents to process, leading to respondent fatigue and potentially unreliable results.[15]

40.    I have done extensive research on consumer response to, and interpretations of, food labels, and have published numerous papers on the subject.

---

[15] *See* Paul E. Green & V. Srinivasan, *Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice*, 54 J. Mktg. 3 (1990).

EXPERT REPORT OF DR. HOWLETT

I currently serve as an advisor to the FDA on labeling issues. I am familiar with the existing literature on the meanings that consumers ascribe to "natural" claims on packaged foods.

41. A recent survey by Consumer Reports included the following question and results:

Q8: Do you think that the 'NATURAL' label on PACKAGED and PROCESSED FOODS means any of the following?

|  | Yes | No | Unsure |
|---|---|---|---|
| No toxic pesticides were used | 66% | 32% | 2% |
| No artificial ingredients or colors were used | 66% | 32% | 2% |
| No artificial materials or chemicals were used during processing | 65% | 33% | 2% |
| No GMOs, that is, genetically modified ingredients, were used | 64% | 34% | 2% |

42. In the Hartman Group's "Beyond Organic & Natural 2010" report, when respondents were asked what properties they "think are implied or suggested by the term 'NATURAL,'" the top six responses were:

| No artificial flavors/colors/preservatives | 73% |
|---|---|
| Absence of growth hormones | 64% |
| Absence of pesticides | 62% |
| Absence of genetically modified foods | 61% |
| Absence of herbicides | 59% |
| Absence of antibiotics | 58% |

///

///

43.     In the "HealthFocus Natural Study" by HealthFocus International in 2011, when consumers were asked, To what extent does each of the following contribute to your feeling that a food or beverage is 'natural,'" the top six responses (rated as "extremely" or "very"), were:

| | |
|---|---|
| No artificial flavors | 77% |
| No preservatives | 75% |
| Is fresh | 75% |
| No artificial sweeteners | 74% |
| No artificial colors | 74% |
| Has not been genetically modified (GMO) | 72% |

44.     Given the consistency of the responses in these surveys, I believe that the six attributes to be included in the CBC analysis can be selected from among the above surveys.

45.     However, to confirm the validity of the attribute choices, I will conduct focus groups and a series of pilot/pretest tests to confirm that the six chosen attributes are the most significant meanings that Gardenburger purchasers ascribe to the "Made with Natural Ingredients" claim on the food products. The focus groups and pretests will also reveal if there is material overlap among the meanings of the terms, in which case the attributes and/or descriptions can be adjusted.

///

///

///

VI.     <u>Reservation of Rights</u>

My testimony is based upon the information and data presently available to me.  I understand that additional, different, and/or updated data may be obtained in advance of trial.  I therefore reserve the right to amend or modify my testimony.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed at Pullman, Washington this 6th day of July, 2018.

Dr. Elizabeth Howlett

# EXHIBIT A

EXPERT REPORT OF DR. HOWLETT

# Elizabeth Howlett

Department of Marketing & International Business
373 Todd Addition
Carson College of Business
Washington State University
Pullman, WA 99164-4730
betsy.howlett@wsu.edu
509.335.4752

## EDUCATION

Doctor of Philosophy in Business Administration, Fuqua School of Business, Duke University, 1988, Concentration in Marketing.

Dissertation: "The Impact of Accuracy and Effort feedback and Goals on Adaptive Decision Behavior," James R. Bettman, Advisor.

Master of Science in Psychology, Graduate School of Arts and Science, Lehigh University, 1983.

Bachelor of Arts in Psychology, College of Arts and Science, Lehigh University, 1981.

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2017-Present | Professor, Gardner O. Hart Distinguished Professorship Department of Marketing & International Business, Washington State University, Pullman, WA. |
| 2004-2017 | Professor, Department of Marketing, Sam M. Walton College of Business, University of Arkansas, Fayetteville, AR. |
| 2000-2005 | Visiting Professor, Groupe ESC Toulouse, France. (Short term visits.) |
| 1999-2000 | Visiting Professor, Graduate School of Management, University of Queensland, Brisbane, Australia. |
| 1995-2003 | Associate Professor, Department of Marketing, Sam M. Walton College of Business, University of Arkansas, Fayetteville, AR. |
| 1993-1995 | Assistant Professor, Department of Marketing, Tippie College of Business, University of Iowa, Iowa City, IA. |
| 1988-1993 | Assistant Professor, Department of Marketing, Leonard N. Stern School of Business, New York University, New York, NY. |
| 1986-1988 | Instructor, Department of Marketing, Leonard N. Stern School of Business, New York University, New York, NY. |

| 1985 | Instructor, Department of Marketing, Fuqua School of Business, Duke University, Durham, NC. |
|---|---|

## TEACHING EXPERIENCE

Courses taught at the undergraduate level include marketing research, integrated marketing communications, advertising strategy, marketing strategy, and consumer behavior. At the MBA level, courses include consumer behavior, marketing research, and category management. Consumer behavior, experimental design, and marketing strategy taught at the PhD level. At the Executive Level, Professor Howlett has experience teaching classes in brand positioning. Teaching skills include the use of ACNielsen and IRI data in the classroom.

## RESEARCH GRANTS AND AWARDS

- USDA National Institute of Food and Agriculture, Agriculture and Food Research Initiative Competitive Grants Program: Co-Principal Investigator/ Co-Project Director, 2011-2014, Grant #2011-68001-30014 Award amount: $4,776,312.

- Committee on Examination of Front-of-Package Nutrition Rating Systems and Symbols Food and Nutrition Board, Institute of Medicine of The National Academies, Committee Member.

## SPECIAL GOVERNMENT EMPLOYEE

- Appointed Special Government Employee serving on the Food and Drug (FDA) Risk Communication Advisory Committee for a term ending 09/30/2022. We are currently involved in developing a new system to inform physicians of drug-related risks during pregnancy.

## RESEARCH INTERESTS

I explore how consumers' choice behaviors impact their health and welfare. A substantial portion of my research has focused on how the disclosure of nutrition information on package labels, in advertising, and on restaurant menus affects product evaluations and purchase behaviors. Other research issues of interest include sustainability, tobacco use, and consumer response to false claims. In addition, I have recently initiated a stream of research to examine consumer behavior within the context of financial decision-making. My overall research objective is to continue to produce findings that have significant implications for public policy, especially within the context of consumer health and welfare.

**MANUSCRIPTS UNDER REVIEW**

Berry, Christopher, Scot Burton, and Elizabeth Howlett, Understanding the Calorie Labeling Paradox in Chain Restaurants: Why Menu Calorie Labeling Alone May Not Affect Average Calories Ordered, *Journal of Public Policy & Marketing*, under second review.

Berry, Christopher, Ashley Deutsch, Elizabeth Howlett, and Scot Burton, Poison Pills? : Consumer Response to Homeopathic Drug Warnings, *Journal of Business Research*, under review.

**REFEREED JOURNAL PUBLICATIONS**

**(Please note, previous surname was Creyer.)**

Berry, Christopher, Scot Burton, and Elizabeth Howlett, (2018), The Effects of Voluntary Versus Mandatory Menu Calorie Labeling On Consumers' Retailer-Related Responses*, Journal of Retailing,* 94(1), 73-88.

Berry, Christopher, Scot Burton, and Elizabeth Howlett, (2017), "Double Trouble: Does Physical Activity Compensate for the Negative Effects of Fast Food and Sugar Sweetened Beverage Consumption on Childhood Obesity?," *Atlantic Marketing Journal*, 6(2), 55-66.

Berry, Christopher, Scot Burton, and Elizabeth Howlett, (2017) "Are Cigarette Smokers', E-Cigarette Users', and Dual-Users' Health Risk Beliefs and Responses to Advertising Influenced by Addiction Warnings and Product Type?" *Nicotine & Tobacco Research*, 19(10), 1185-1191.

Newman, Christopher L, Elizabeth Howlett, and Scot Burton, (2017) "Front-of-Package Nutrition Labeling: Which Labels Benefit Consumers the Most and Why Do They Help?" *Rutgers Business Review,* 2 (1), 49-55.

Berry, Christopher, Elizabeth Howlett, and Scot Burton, (2017) "It's Only Natural: The Mediating Impact of Consumers' Attribute Inferences on the Relationships between Product Claims, Purchase Intentions, and Perceived Product Healthfulness," *Journal of the Academy of Marketing Science*, 45(5), 698-719.

Berry, Christopher, Scot Burton, and Elizabeth Howlett, (2017) "The Impact of E-Cigarette Addiction Warnings and Health-Related Claims on Consumers' Risk Beliefs and Use Intentions," *Journal of Public Policy & Marketing*, (36)1, 54-69.

Newman, Christopher, Elizabeth Howlett and Scot Burton, (2016) "Effects of Objective and Evaluative Front-of-Package Cues on Food Evaluation and Choice: The Moderating Influence of Comparative and Non-Comparative Processing Contexts, "*Journal of Consumer Research*," 42(5), 709-726.

Peinkofer Simone, Terry Esper, and Elizabeth Howlett, (2016), "Hurry! Sale Ends Soon: The Impact of Limited Inventory Availability Disclosure on Consumer Responses to Online Stockouts," *Journal of Business Logistics,* 37(3), 231-246.

Howlett, Elizabeth, Cassandra Davis and Scot Burton (2016), "From Food Desert to Food Oasis: The Potential Positive Influence of Food Retailers on Childhood Obesity Rates," *Journal of Business Ethics*, 139(2), 215-250.  Lead Article

Berry, Chris, Amaradri Mukherjee, Scot Burton, and Elizabeth Howlett, (2015) "A COOL Effect: The Direct and Indirect Impact of Country-of-Origin Disclosures on Purchase Intentions for Retail Food Products," *Journal of Retailing*, 91(3), 533–542.

Burton, Scot, Laurel Cook, Elizabeth Howlett, and Christopher Newman (2015), "Broken Halos and Shattered Horns: Overcoming the Biasing Effects of Prior Expectations Through Objective Information Disclosure," *Journal of the Academy of Marketing Science*, 43(2), 240-256.

Newman, Christopher, Elizabeth Howlett, and Scot Burton (2014), "Implications of fast food restaurant concentration for preschool-aged childhood obesity," *Journal of Business Research*, 67(8), 1573-1580.

Newman, Christopher, Elizabeth Howlett, and Scot Burton (2014), "Shopper Response to Front-of-Package Nutrition Labeling Programs: Potential Consumer and Retail Store Benefits," *Journal of Retailing*, 90 (1), 13-26.

Newman, Christopher, Anna Turri, Elizabeth Howlett, and Amy Stokes, (2014), "Twenty Years of Country-of-Origin Food Labeling Research: A Review of the Literature and Implications for Food Marketing Systems," *Journal of Macromarketing,* 34 (December), 505-519.

Burton, Scot, Andrea H. Tangari, Elizabeth Howlett and Anna M. Turri, (2014), "How the Perceived Healthfulness of Restaurant Menu Items Influences Sodium and Calorie Misperceptions: Implications for Nutrition Disclosures in Chain Restaurants," *Journal of Consumer Affairs,* Volume 48(1), 62–95.

Cook, Laurel, Scot Burton, and Elizabeth Howlett (2013), "Leaner Choices? The Potential Influence of the Inclusion of Nutrition Facts Panels on Consumer Evaluations and Choices of Ground Beef Products," *Journal of Public Policy & Marketing*, 32(1), 97-115.

Newman, Christopher. L., Elizabeth Howlett, Scot Burton, John Kozup, and Andrea Tangari, (2012), "The Influence of Consumer Concern on Framing Effects for Environmental Sustainability Messages," *International Journal of Advertising*, 31(3), 511-528.

Puligada, Sanjay, William T. Ross, Jr., Jinje Chen, and Elizabeth Howlett, (2012), "When Loyalties Clash Purchase Behavior when a Preferred Brand is Stocked Out: The Tradeoff Between Brand and Store Loyalty," *Journal of Retailing and Consumer Services*, 19(6), 570–577.

Howlett, Elizabeth, Scot Burton, Andrea H. Tangari, Myla Bui-Nguyen (2012), "Hold the Salt! Effects of Sodium Information Provision, Sodium Content, and Hypertension on Perceived Cardiovascular Disease Risk and Purchase Intentions," *Journal of Public Policy & Marketing,* 31(1), 4–18.

Howlett, Elizabeth, Scot Burton, Christopher L. Newman, and Michael Faupel (2012), "The Positive Influence of State Agricultural Marketing Programs on Adults' Fruit and Vegetable Consumption," *American Journal of Health Promotion;* September/October 2012, 27(1), 17-20.

Bui, My, Elyria Kemp, and Elizabeth Howlett (2011), "The Fight Against Obesity: Influences of Self-Efficacy on Exercise Regularity," *Journal of Nonprofit and Public Sector Marketing*, 23(2), 181-208.

Cook, Laurel, Scot Burton, and Elizabeth Howlett (2011), "Health Risk Factors and Their Effect on Consumers' Use of Nutrition Facts Panels," *Journal of Consumer Affairs*, 45(3), 516-527.

Tangari, Andrea H., Scot Burton, Elizabeth Howlett, Yoon-Na Cho and Anastasia Thyroff, (2010), "Weighing In On Fast Food Consumption: The Effects of Meal and Calorie Disclosures on Consumer Fast Food Evaluations," *Journal of Consumer Affairs*, 44(3), 431-462.

Howlett, Elizabeth, Scot Burton, Kenneth Bates, and Kyle Huggins (2009), "Coming to a Restaurant Near You? Potential Consumer Responses to Nutrition Information Disclosure on Menus," *Journal of Consumer Research*, 36(3), 494-503.

Burton, Scot, Elizabeth Howlett, and Andrea H. Tangari (2009), "Food for thought: How will the nutrition labeling of quick service restaurant menu items influence consumers' product evaluations, purchase intentions, and choices?," *Journal of Retailing*, 85(2), 113-128.

Bates, Kenneth, Scot Burton, Elizabeth Howlett, and Kyle Huggins (2009), "The Roles of Gender and Motivation as Moderators of the Effects of Calorie and Nutrient Information Provision on Away-from-Home Foods," *Journal of Consumer Affairs*, 43(2), 249-273.

Howlett, Elizabeth, Jeremy Kees, and Elyria Kemp (2008), "The Role of Self-Regulation, Future Orientation, and Financial Knowledge in Long-Term Financial Decisions," *Journal of Consumer Affairs,* Volume 42(2), 223-242.

Bui, My, Scot Burton, Elizabeth Howlett, and John Kozup (2008), "What Am I Drinking? An Exploration of the Effects of Serving Facts Information on Alcohol Beverage Containers," *Journal of Consumer Affairs*, 42(1), 81-99.

Howlett, Elizabeth, Scot Burton, and John Kozup (2008), "How Modification of the Nutrition Facts Panel Influences Consumers At-Risk for Heart Diseases:  The Case of Trans Fat," *Journal of Public Policy and Marketing*, 27(1), 83-97.

Howlett, Elizabeth, John Kozup, and Mike Pagano (2008), "The Effects of Summary Information on Consumer Perceptions of Mutual Fund Characteristics," *Journal of Consumer Affairs*, 42(1), 37-59.

Kemp, Elyria, Scot Burton, Elizabeth H. Creyer, and Tracy Suter (2007), "When Do Nutrient Content and Nutrient Content Claims Matter? Assessing Consumer Tradeoffs Between Carbohydrates and Fat," *Journal of Consumer Affairs*, 41 (Summer), 47-73.

Burton, Scot, Elizabeth H. Creyer, Jeremy Kees, and Kyle Huggins (2006), "Attacking the Obesity Epidemic: An Examination of the Potential Health Benefits of Nutrition Information Provision for Restaurant Menu Items," *American Journal of Public Health*, September, 1669-1675.

Kozup, John, Scot Burton, and Elizabeth H. Creyer (2006), "The Provision of Trans Fat Information and Its Interaction with Consumer Knowledge," *Journal of Consumer Affairs*, 40 (Summer), 163-176.

Kozup, John, and Elizabeth H. Creyer (2006), "Boundary Conditions of the Impact of a Hypervigilant Coping Style on the Subjective Decision Making Experience," *Psychology and Marketing*, 23 (11), 905-926.

Kwortnik, Robert, Elizabeth H. Creyer, and William T. Ross (2006),"Usage-Based versus Measure-Based Unit Pricing: Is There a Better Index of Value?," *Journal of Consumer Policy*, 29 (1), 37-66.

Creyer, Elizabeth H., William T. Ross, and John Kozup (2006), "Consumer response to a pro-social marketing initiative: The case of discount stores and gun sales, *Journal of Applied Social Psychology,* 34 (1), 206-221.

Burton, Scot and Elizabeth H. Creyer (2004), "What consumers don't know can hurt them: Consumer evaluations and disease risk perceptions of restaurant menu items," *Journal of Consumer Affairs*, 38 (1), 121-145.

Creyer, Elizabeth H. and John Kozup (2003), "An examination of the relationships between coping styles, task-related affect, and the desire for decision assistance," Organizational Behavior and Human Decision Processes, 90 (1), 37-49.

Kozup, John., Elizabeth H. Creyer, and Scot Burton (2003), "Making healthful food choices: The influence of health claims and nutrition information on consumers' evaluations of packaged food products and restaurant menu items," Journal of Marketing, 67(2), 19-34.

Creyer, Elizabeth H., William T. Ross, and Deborah Evers, (2003), "Risky recreation: An exploration of factors influencing the likelihood of participation and the effects of experience," Leisure Studies, 22(3), 239-254.

Kozup, John, Elizabeth H. Creyer, and Scot Burton (2002), "An Experimental Assessment of the Effects of Two Alcoholic Beverage Health Warnings Across Cultures and Binge Drinking Status," Journal of Consumer Affairs, 36 (2), 171-202.

Creyer, Elizabeth H. and John Kozup (2003), "An Exploration of Decision Task-Related Affect and Its Influence on Choice-Deferral Behavior," Organizational Behavior and Human Decision Processes, 90(January) 37-49.

Christies, Jennifer, Dan Fisher, John Kozup, Scot Smith, Scot Burton, and Elizabeth H. Creyer, (2001) "All YOU CAN DRINK! An Experimental Assessment of Effects of Bar Promotions on Attitudes, Patronage Intentions, and Consumption Expectations," Journal of Public Policy & Marketing, 20 (2), 240-53.

Kozup, John, Scot Burton and Elizabeth H. Creyer (2001), "A Comparison of Drinkers' and Nondrinkers' Responses to Health-Related Information Presented On Wine Beverage Labels," Journal of Consumer Policy, 24(2), 209-230.

Creyer, Elizabeth, Catherine Cole, and Ilias Hristodaski (2001), "Changing a Drug From Rx to OTC Status: The Consumer Behavior and Public Policy Implications of Switch Drugs," Journal of Product and Brand Management," 10(1), 52-64.

Creyer, Elizabeth and William T. Ross (1999), "The Development and Use of a Regret Experience Measure to Examine the Effects of Outcome Feedback on Regret and Subsequent Choice," Marketing Letters, 10(4), 379-392.

Creyer, Elizabeth H. and Ilias Hristodaski (1998), "The Influence of Salespersons and Sales Promotions On Medical Residents' Perceptions of the Pharmaceutical Industry," Marketing Health Services, 18(2), 34-39.

Creyer, Elizabeth H. and Zeynep Gurhan (1997), "Who's to Blame: Counterfactual Reasoning and the Development of Regret," Psychology and Marketing, 14 (3), 209-222.

Creyer, Elizabeth H. and William T. Ross (1997), "Making Tradeoffs Between Price and Quality: How a Quality Index Affects Preference Formation," Journal of Consumer Affairs, 31(2), 280-302.

Creyer, Elizabeth H. and William T. Ross (1997), "The Impact of Firm Behavior on Purchase Intention: Do Consumers Really Care About Business Ethics?," The Journal of Consumer Marketing, 14(6), 421-432.

Creyer, Elizabeth H. and William T. Ross (1996), "The Impact of Corporate Behavior on Perceived Product Value," Marketing Letters, 7(2), 173-185.

Creyer, Elizabeth H. and Gita Johar (1995), "Response Mode Bias and the Formation of Preference: Understanding the Importance of Prominence," Organizational Behavior and Human Decision Processes, 62(1), 14-22.

Creyer, Elizabeth H. and William T. Ross (1994), "Salesperson Impression and Strategy Formulation," Marketing Letters, 5(3), 225-234.

Ross, William T. and Elizabeth H. Creyer (1993), "Interpreting Interactions: Raw Means Or Residual Means," Journal of Consumer Research, 20 (September), 330-338.

Creyer, Elizabeth H. and William T. Ross (1993), "Hindsight Bias and Choice:  The Mediating Effects of Cognitive Effort," Organizational Behavior and Human Decision Processes, 55 (Summer) 1993, 61-77.

Ross, William T. and Elizabeth H. Creyer (1992), "Inferences about Missing Information: A Process-Based Model," Journal of Consumer Research, 19 (June), 1992, 14-25.

Creyer, Elizabeth H., James R. Bettman, and John Payne (1990), "The Impact of Accuracy and Effort Feedback and Goals on Adaptive Decision Makers," Journal of Behavioral Decision Making, 3, 1-16.

Bettman, James R., Elizabeth H. Creyer, Debra Roedder-John, and Carol Scott (1988), "Effects of Presentation Format and Data Properties on Covariation Assessment in Rank Order Data," Journal of Behavioral Decision Making, 1, 239-254.

**UNIVERSITY SERVICE, WASHINGTON STATE UNIVERSITY**

Doctoral Program Policy Committee, Carson College of Business

Carson College of Business Promotion and Tenure Committee

Ph.D. Coordinator, Department of Marketing

**MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS**

Association for Consumer Research

American Marketing Association

UniversiWSU

Doctoral Program Policy Committee, Carson College of Business, WSU
Carson College of Business Promotion and Tenure Committee, WSU
Ph.D. Coordinator, Department of Marketing, WSU